Paul B. GOIST, Petitioner—Appellant,

v.

Joseph SMITH, Warden, Respondent—Appellee.

No. 04–6432.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 3, 2005.

Paul B. Goist, Appellant pro se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul B. Goist, a federal prisoner, appeals from the district court's order denying his motion for reconsideration of a petition filed under 28 U.S.C. § 2241 (2000). We

have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Goist v. Smith*, No. CA–03–3021–20BD (D.S.C. Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*